UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL SATTERBERG, <br><br> Defendant. | Case No. 2:22-cv-00953-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 2.)

(2) Plaintiff's complaint (Dkt. No. 1-1) and this action are DISMISSED without prejudice.

(3) Plaintiff's in forma pauperis application (Dkt. No. 1) is DENIED as moot.

1 | Dated this 5th day of August, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2